UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

NOTICE OF EXCLUSION

The following types of cases are not scheduled for initial pretrial conference under Fed.R.Civ.P.16: (a) prisoner civil rights; (b) state and federal habeas corpus; (c) student and veteran loan; (d) social security appeals; (e) bankruptcy appeals; and (f) forfeiture of seized assets.  Local Rule 16.1.  Further, these types of cases are excluded from the accelerated discovery procedures under Fed.R.Civ.P.26.

This case falls within the excluded category.

*Order of the Court*