# AFFIDAVIT OF DUE DILIGENCE

**State of Texas**       County of U.S.Southern      Court

Case Number: C-10-306


Rowland M Andrade

Plaintiff:
**UNITED STATES OF AMERICA**

vs.

Defendant:
**ROWLAND M ANDRADE**

For:
M.H. Cersonsky
Ceronsky Rosen & Garcia PC
1770 St. James Place, Suite 150
Houston, TX 77056

Received by Allen Civil Process on the 10th day of October, 2010 at 11:31 am to be served on **Rowland M Andrade, 4201 Violet Road Trailer 58, Corpus Christi, Nueces County, TX 78410.**

I, Richard Sheehan, being duly sworn, depose and say that I:

**NON-SERVED** the **Summons and Complaint and Exhibit'**. After due search, careful inquiry and diligent attempts was unable to serve on **Rowland M Andrade** for the reasons detailed in the comments below.

**Additional Information pertaining to this Service:**
10/11/2010 9:55 pm   Attempted Service: 4201 Violet Road Trailer 58, Corpus Christi, TX 78410 - No response left delivery notice .No vehicles were present.
10/13/2010 8:30 pm   Attempted Service: 4201 Violet Road Trailer 58, Corpus Christi, TX 78410 - No response left delivery notice. neighbors dont know the subject.2 vehicles 248vnk/591tny came back as Demo plates.
10/14/2010 2:50 pm   Attempted Service. 4201 Violet Road Trailer 58, Corpus Christi, Nueces County, TX 78410 - per Tony, current resident, subject uses this address as mailing address but he doesn't live here and does not know where he lives. Would not give any other information.
10/14/2010 2:55 pm   Attempted Service. per management, this is subject's mom's address, he does not reside here.

I am over the age of eighteen, not a party to nor interested in the outcome of the above numbered suit and that I am an Authorized Process Server. I have personal knowledge of the facts set forth in the foregoing affidavit and declare that the statements therein contained are true and correct.

Subscribed and Sworn to before me on the 14th day of October, 2010 by the affiant who is personally known to me.

NOTARY PUBLIC

J. SHEEHAN
My Commission Expires
September 15, 2014

**Richard Sheehan**
Texas Process Server SCH-7628

**Allen Civil Process**
400 Mann Street Suite 902
P.O. Box 181293 (78480)
**Corpus Christi, TX 78401**
(361) 884-1657
Our Job Serial Number: ALN-2010004759
Ref: Rowland M Andrade

Copyright © 1992-2010 Database Services, Inc. - Process Server's Toolbox V6.4g