**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| Plaintiff | § § | |
| *versus* | § § | C. A. No. C-10-306 (CDCS: 2010A65445) |
| ROWLAND M. ANDRADE, | § § | |
| Defendant | § | |

**ORDER OF DISMISSAL**

ON THIS DAY, came on to be heard Plaintiff's, USA's, Motion to Dismiss claim Against Rowland M. Andrade without Prejudice to USA's right to refile same, and after due consideration, the Court notes that Plaintiff's attorneys announced that it has been unsuccessful in locating and serving the Defendant, and that said Motion should be GRANTED.

It is therefore, ORDERED, that this case be dismissed without prejudice, with all costs of Court and fees assessed against the party incurring same.

SIGNED _____ , 2011, Corpus Christi, Texas.

_____
United States District Judge